■ The People of the State of New York, Respondent, v Jose Delvalle, Also Known as Jose Delvalla, Appellant. [849 NYS2d 869]—Judgment, Supreme Court, Bronx County (Darcel Clark, J., at plea; Seth L. Marvin, J., at sentence), rendered on or about May 5, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Friedman and Buckley, JJ.